# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| Margaret Comeaux | * | Civil Action No. 05-0077 |
| versus | * | Judge Tucker L. Melançon |
| Commissioner of Social Security | * | Magistrate Judge Methvin |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED**.

Thus done and signed this 11th day of September, 2006, at Lafayette Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE